## 51796. BATTLES v. BATTLES et al.

BELL, Chief Judge.

This is a post-judgment garnishment case which was commenced prior to July 1, 1975, pursuant to our then existing garnishment statutes. The Supreme Court in *Coursin v. Harper,* 236 Ga. 729, held that the Georgia procedure for pre-judgment and post-judgment garnishment as it existed prior to July 1, 1975, failed to provide due process and was unconstitutional. *Coursin*

controls and the judgment of the trial court for the plaintiff must be reversed.

*Judgment reversed. Clark and Stolz, JJ., concur.*

ARGUED FEBRUARY 2, 1976 — DECIDED JUNE 8, 1976.

*Page, Scrantom, Harris, McGlamry & Chapman, Joan Swift,* for appellant.

*H. Palmer Carr, Jr.,* Assistant U. S. Attorney, *Schumacher, Collins & Oates, Samuel W. Oates, Jr., Thomas O. L. Collins,* for appellees.